# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| | ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:24-cr-002 |
| Anthony Lamar Henderson, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned shall hold a pretrial status conference with counsel by telephone on May 16, 2024, at 2:45 PM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (877) 810-9415 and enter access code 8992581. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 15th day of April, 2024

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court