# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,            )<br>                                                       )       **PRETRIAL STATUS CONFERENCE**<br>            Plaintiff,                         )<br>                                                       )<br>vs.                                               )<br>                                                       )       Case No. 1:24-cr-002<br>Anthony Lamar Henderson,      )<br>                                                       )<br>            Defendant.                      ) | |

The undersigned shall hold a pretrial status conference with counsel by telephone on ~~April~~ February 4, 2025, at 9:15 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 13th day of January, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court